

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Estate of FREDERICK W. LEDERMAN, Deceased. ELFRIEDE LEDERMAN, as Executrix of FREDERICK W. LEDERMAN, Deceased, Appellant; LOU M. SACHS, Respondent.— The value of the chattel replevied should have been determined as of the date of the trial. We find that the evidence is sufficient to fix that value at $1,250 and no retrial or rehearing is required. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SHERMAN WHITE, Appellant, et al., Defendants.— Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

DAVID H. SIMS, Respondent, v. D. WARD NICHOLS et al., Appellants, et al., Defendants.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Bergan, JJ. [Order denied motion to dismiss complaint under rule 106.] [See post, p. 986.]

DAVID H. SIMS, Respondent, v. D. WARD NICHOLS et al., Appellants, et al., Defendants.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Bergan, JJ. [Order denied motion to dismiss complaint under rule 107.] [See post, p. 986.]